# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of )
)
The Residence and Curtilage of 541 Mountain ) Case No. 19-sw-5287-GPG
Sage Road, Towaoc, Colorado, as described in )
Attachment A. )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE "ATTACHMENT A", which is attached to and incorporated in this Application and Affidavit

located in the ___State and___ District of _Colorado_, there is now concealed *(identify the person or describe the property to be seized)*:

SEE "ATTACHMENT B", which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- [x] evidence of a crime;
- [ ] contraband, fruits of crime, or other items illegally possessed;
- [x] property designed for use, intended for use, or used in committing a crime;
- [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(3), 1153 | Assault with a Dangerous Weapon in Indian Country |
| 18 U.S.C. § 113(a)(6), 1153 | Assault Resulting in Serious Bodily Injury in Indian Country |
| 18 U.S.C. § 2241(a), 1153 | Aggravated Sexual Abuse in Indian Country |

The application is based on these facts:
X Continued on the attached affidavit, which is incorporated by reference.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Ivan W. Nelson, Special Agent, BIA
Printed name and title

Sworn to before me and: ☐ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: 3/12/2019                                  s/ Gordon P. Gallagher
                                                 Judge's signature

City and state: Durango, CO                      Gordon P. Gallagher, USMJ
                                                 Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant